## JOHNSON v. STATE.
### No. 22675.

Court of Criminal Appeals of Texas.
Dec. 15, 1943.

Shelburne H. Glover, of Texarkana, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

**BEAUCHAMP, Judge.**

The appeal is from a conviction for a violation of the liquor laws, with a fine of $100. The procedure is regular.

We find no bills of exception and no statement of fact in the record. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.